RECEIVED
IN LAKE CHARLES, LA.

DEC 08 2011

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CAROL DUHON AND ABRIEL DUHON | : | DOCKET NO. 11-606 |
| VS. | : | JUDGE TRIMBLE |
| ST. PAUL FIRE & MARINE INS. CO. | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons set forth in the Report and Recommendation,[1] it is

**ORDERED, ADJUDGED AND DECREED** that the instant suit is hereby **DISMISSED** with prejudice at plaintiffs' costs.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 9th day of December, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. #20.